United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:
Peter J. Graves,
             Debtor.
_____/

Case No. 10-53046-R
Chapter 7

William and Susan Simonson, et al,
             Plaintiffs,

v.

Adv. No. 10-07231

Peter J. Graves,
             Defendant.
_____/

<u>Order Granting Defendant's Motion to Dismiss Complaint</u>

For these reasons stated in the opinion entered this date, the Plaintiffs' amended complaint is dismissed. The plaintiffs have one last opportunity to file another amended complaint. The deadline to file another amended complaint is 28 days.

**Signed on July 20, 2011**

                                           **/s/ Steven Rhodes**
                                           **Steven Rhodes**
                                           **United States Bankruptcy Judge**